CLOVERDALE GARDEN APARTMENTS, INC., Appellant, v. STEVEN MARTIN, Respondent.

Supreme Court, Appellate Term, Second Department, March 28, 1962.

*Dorsey & Berko* (*Louis J. Berko* of counsel), for appellant. *Brennan & Landers* for respondent.

*Per Curiam.* The presence of the washing machine in tenant's apartment, connected to the plumbing and requiring but the turn of a dial to put it in operation, constituted continued " installation and use " of the machine in contravention of lease provision 23. (*Emanden Realty Corp.* v. *Angley,* 24 Misc 2d 877 [App. Term, 1st Dept.]; cf. *L. H. Estates Co.* v. *Bartholomew,* 9 Misc 2d 116 [App. Term, 1st Dept.], affd. 5 A D 2d 815.)

The final order should be unanimously reversed, with $30 costs to landlord, and final order directed for landlord with appropriate costs in the court below. If tenant disconnects and removes the washing machine from his apartment within 5 days after the service of a copy of the order entered hereon, with notice of entry, the eviction is stayed until further order of the court.

Concur — HART, BROWN and BENJAMIN, JJ.

Final order reversed, etc.